

*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★       ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00354-CV

**FOXWORTH-GALBRAITH LUMBER COMPANY**,
Appellant

v.

Joseph W. **KERESZTURY** d/b/a Joe Keresztury Homes,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 307514
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   October 15, 2008

DISMISSED

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss

the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM